[GTntcflclmtmp.jsp]   [Notice to File Claim]

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

Case No.: 07–11186–JMD
Chapter: 7

In Re:

   Michael J. Moody
   39 Riverside Dr
   Fremont, NH 03044

Social Security No.:
   xxx–xx–0113

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address listed below on or before the following date.

## DEADLINE TO FILE A PROOF OF CLAIM:   9/9/08

Creditors who do not file a proof of claim on or before the above date will not share in any distribution from the estate of the debtor.

The proof of claim form is enclosed with this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

Any creditor who has already filed a proof of claim need not file another proof of claim.

Dated:  6/11/08

For the Court
George A. Vannah, Clerk
BY: /s/ Dori Sommer
Deputy Clerk