UST-8

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br>MOODY, MICHAEL J.<br><br><br>DEBTOR(S) | Chapter 7<br><br>Case Number: 07-11186 JMD |

## ORDER ON TRUSTEE'S FINAL REPORT AND ACCOUNT BEFORE DISTRIBUTION AND REQUEST FOR PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES

This matter came before the Court on Application(s) for Compensation filed by Steven M. Notinger, the chapter 7 trustee and other parties listed below. This matter having been duly noticed to creditors and no objections having been filed, it is hereby ORDERED:

1. Trustee's commission in the amount of $2,924.07 and expenses in the amount of $34.78 are **allowed** as requested.

**The hearing scheduled on August 25, 2010 at 9:00 a.m. is hereby cancelled.**

SO ORDERED,

August 16, 2010  /s/ J. Michael Deasy
_____  _____
Dated  J. Michael Deasy
  Bankruptcy Judge